UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025
```

JOE HAND PROMOTIONS, INC.,

               Plaintiff,

- against -

GO SPORT BAR & LOUNGE CORP. ET AL.,

               Defendant.

24 CV 8492 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    A review of the Docket Sheet for the above-captioned matter indicates that no action has been taken since the Clerk of Court filed the Certificate of Default on April 29, 2025. (See Dkt. No. 25.) As Defendant has not filed a response or otherwise moved in this action, the Court hereby directs Plaintiff to submit within five (5) days a status report indicating whether any additional proceedings are contemplated, and showing cause why the action should not be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:    15 September 2025
            New York, New York

                                                    _____
                                                    Victor Marrero
                                                    U.S.D.J.